IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| V. | : | 1:08CR60-2 |
| | : | |
| LAVEL MYNER BEST | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Lavel Myner Best, defendant in the above named case, by and through the undersigned counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment and sentence by the Honorable N. Carlton Tilley, Jr. entered in this case on the $13^{rd}$ day of April, 2010.

Respectfully submitted this the $21^{th}$ day of April, 2010.

/s/ GEORGE E. CRUMP, III
Attorney at Law   N.C.S.B. # 7676
PO Box 1523
Rockingham, NC 28380
(910)997-5544
Attorney for the Defendant
E-mail: georgecrump@bellsouth.net

CERTIFICATE OF SERVICE

    I hereby certify that on April 21, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

        Terry Meinecke
        Assistant United States Attorney
        United States Attorney's Office
        101 S. Edgeworth Street
        Greensboro, NC 27401

    Respectfully submitted, April 21, 2010.

                /s/ GEORGE E. CRUMP, III
                Attorney at Law  N.C.S.B. # 7676
                PO Box 1523
                Rockingham, NC 28380
                (910)997-5544
                Attorney for the Defendant
                E-mail: georgecrump@bellsouth.net